# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PIMENTEL,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, Warden of CDCR Kern Valley,<br><br>　　　　　　　Respondent. | Case No. CV 16-2927 R (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 2, 2017

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE